UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF PLUMBERS LOCAL 98
DEFINED BENEFIT PENSION FUND,
PLUMBERS LOCAL 98 DEFINED CONTRIBUTION
FUND, PLUMBERS 98 INSURANCE FUND,
PLUMBERS LOCAL 98 SUB TRUST FUND,
PLUMBERS LOCAL 98 RETIREE BENEFIT
FUND, METRO-DETROIT PLUMBING
INDUSTRY TRAINING TRUST and
JOINT ADMINISTRATIVE COMMITTEE
OF THE PLUMBING & PIPEFITTING
INDUSTRY IN THE DETROIT AREA,

      Plaintiffs,                Case No.  09-cv-14762
                                            Hon. Denise Page Hood

v.

ARTHUR NELSON PLUMBING & HEATING,
INC., a Michigan corporation, and
ARTHUR NELSON, Individually,

      Defendants.
_____/
**DAVID J. SELWOCKI  P51375**
Sullivan, Ward, Asher & Patton, P.C.
Attorneys for Plaintiffs
25800 Northwestern Highway, Suite 1000
Southfield MI  48075
248.746.0700
_____/

### AMENDED JUDGMENT BY DEFAULT AGAINST DEFENDANTS

This matter having come before the Court upon Plaintiffs' Motion to Amend Judgment to Include Audit Amounts and the Court being otherwise fully advised in the premises;

**IT IS ORDERED** that Plaintiffs' motion is granted and Judgment is entered against Defendants, ARTHUR NELSON PLUMBING & HEATING, INC., a Michigan corporation, and ARTHUR NELSON, Individually, in the amount of $22,257.98, which is calculated as follows:

    $17,841.23 – unpaid fringes and liquidated damages assessed in the post-judgment audit;

    $2,835.50 – attorney fees and costs incurred to compel the audit; and

    $1,581.25 – audit costs for post-judgment audit.

2

**IT IS FURTHER ORDERED** that Defendants shall comply with all terms of the Collective Bargaining Agreement;

**IT IS FURTHER ORDERED** that this court will retain jurisdiction in this matter to effectuate the terms of this Judgment.


Dated: January 21, 2011          s/Denise Page Hood
                                              DENISE PAGE HOOD
                                              U.S. District Court Judge


Judgment Prepared by:

Matthew I. Henzi P57334
David J. Selwocki P51375
Attorneys for Plaintiffs

W0937207.DOC/A57-113292